UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL RUIZ,

                Plaintiff,

        -against-

HJ FAMILY CORP. D/B/A CTOWN
SUPERMARKET; HALMET A. CUESTA;
AND JOHN DOE,

                Defendants.

---

23-CV-7385 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 3, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    June 3, 2024
           New York, New York

                    /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
            Chief United States District Judge